**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALFONZO B. SALLEY,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:12-1515** |
| : | |
| v. : | **(MANNION, D.J.)** |
| : | **(BLEWITT, M.J.)** |
| **JOHN E. WETZEL,** *et al.*, : | |
| : | |
| **Defendants** : | |
| : | |

## ORDER

Presently before the court is the report and recommendation of Magistrate Judge Thomas M. Blewitt, (Doc. No. 17). For the reasons set forth in the Memorandum of this date the report and recommendation will be **ADOPTED** as follows:

**(1)** The plaintiff's motion to proceed *in forma pauperis*, (Doc. No. 2), is **GRANTED**;

**(2)** All claims for damages in the plaintiff's amended complaint, (Doc. No. 15), against Judge Sylvia Rambo and former Judge J. Andrew Smyser are **DISMISSED WITH PREJUDICE**;

**(3)** All alleged constitutional claims in the plaintiff's amended complaint, (Doc. No. 15), which occurred before July 25, 2010 are **DISMISSED WITH PREJUDICE**;

**(4)** To the extent the plaintiff's amended complaint, (Doc. No. 15), requests a transfer to another correctional facility, such requests are **DISMISSED WITH PREJUDICE**;

**(5)** The remainder of the plaintiff's amended complaint, (Doc. No. 15), is **DISMISSED WITHOUT PREJUDICE**;

**(6)** The plaintiff's motion for a restraining order, (Doc. No. 16), is **DENIED**; and,

**(7)** The Clerk of the Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 20, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1515-01-order.wpd